**2014–2205. Motorists Life Ins. Co. v. Sherbourne.**
Allen App. No. 1–14–17, 2014-Ohio-5205. On motion to stay Third District Court of Appeals' decision pending appeal. Motion denied.

O'DONNELL and KENNEDY, JJ., dissent.

LANZINGER, J., dissents and would grant a stay conditioned upon the posting of bond.